IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG WILLIAMS, | ) |
| | ) |
| Plaintiff, | )   1:23-cv-00037 |
| | ) |
| v. | ) |
| | ) |
| LAUREL R. HARRY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the Court's accompanying Opinion of this date, Plaintiff's Motion for Summary Judgment (ECF No. 96) is granted in part and denied in part. Defendants' Motion for Summary Judgment (ECF No. 92) is granted in part and denied in part. More specifically, the Court hereby Orders as follows:

- Summary judgment is granted for Williams on his Religious Land Use and Institutionalized Persons Act (RLUIPA) claim but only as applied to his challenge to the Little Policy. The Preliminary Injunction Order at ECF No. 47 is hereby made permanent, according to its terms, and as applicable to SCI-Albion.

- Summary judgment is denied for Williams in all other respects.

- Summary judgment is granted for Defendants as to:

    o Williams's claims for money damages. Monetary relief is unavailable for Williams.

    o Williams's claims for equitable relief under RLUIPA and the First Amendment as applied to the charitable giving provision of the Shelf Stable Policy.

- - Williams's claim for equitable relief under the First Amendment insofar as he alleges that halal meat served for the Eid holidays must be *fresh* and that the Shelf Stable Policy fails to comply with that belief.
  - Williams's claim for equitable relief under the First Amendment insofar as he alleges that the Eid holidays require the service of or option to purchase halal meat for the Eid holidays and that the Little Policy violates that belief.
- Summary judgment is denied for Defendants as to:
  - Williams's RLUIPA claim as applied to the Little Policy.
  - Williams's claim for equitable relief under RLUIPA insofar as he alleges that halal meat served for the Eid holidays must be fresh and that the Shelf Stable Policy fails to comply with that belief.

Thus, the only issues that remain in this case, to be resolved at a bench trial, are whether Williams has a sincerely held religious belief that halal meat consumed at the Eid feasts must be fresh and if so, whether, under RLUIPA, the Shelf Stable Policy burdens such a belief and is the least restrictive means in addressing a compelling DOC interest.

s/ Mark R. Hornak
Mark R. Hornak
Chief United States District Judge

Dated: July 26, 2024